# United States Bankruptcy Court
## Northern District of Georgia

In re  **Marva Epps Harrison**
Debtor(s)

Case No.
Chapter  **13**

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, __Marva Epps Harrison__, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

■   I am unemployed; or

☐   I am self-employed; or

☐   My employer did not provide pay stubs.


Date  **April 14, 2011**

Signature  **/s/ Marva Epps Harrison**
**Marva Epps Harrison**
Debtor