```
                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION


IN RE:                              )  CHAPTER 13
                                    )
MARVA EPPS HARRISON,                )
                                    )  CASE NO. 11-61548-MHM
                                    )
      DEBTOR.                       )
```

### CHAPTER 13 TRUSTEE'S
### OBJECTION TO CONFIRMATION & MOTION TO DISMISS

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and objects to confirmation of the plan and files this motion to dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. The plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

2. The Debtor has failed to provide the Trustee with a copy of the 2010 federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

3. In accordance with General Order No. 6-2006 and the annexed Statement of Rights and Responsibilities, the Debtor's attorney should timely provide proof of Debtor's $1,891.00 monthly social security income and $1,053.00 monthly pension income to the Chapter 13 Trustee.  11 U.S.C. Sections 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

4. Pursuant to testimony at the meeting of creditors, the Debtor has not filed all tax returns that have come due in the four (4) years preceding the filing of this case, in violation of 11 U.S.C. Section 1308 (a).  The Debtor should provide evidence that the tax returns have been filed for 2004, 2005, 2006, 2007, 2008, 2009 and 2010.

5. The Chapter 13 petition fails to include a debt owed to Georgia Natural Gas and medical bills, in violation of Bankruptcy Rule 1007(a) (1) and 11 U.S.C. Section 1325(a)(3) and 1325(a)(7).

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

6.  The Debtor proposes a $760.00 per month plan payment and attorney's fees are $3,900.00. The Debtor's counsel proposes to be paid up to $3,900.00 in the initial post-confirmation disbursement with the balance paid at $649.00 per month. This disbursement schedule may not be fair and equitable to all creditors and interested parties involved in this case. 11 U.S.C. Section 1325(a)(3), General Order 6-2006.

7.  Pursuant to information received from the Internal Revenue Service, 2005, 2006, 2007, 2009 and 2010 tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 Plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

8.  The Debtor proposes a zero percent (0%) plan while intending to retain real property with approximately $19,000.00 in arrearages, valued jewelry with an expected claim of $1,403.00, and a valued 2001 vehicle with a $19,783.86 debt. The plan may not be proposed in good faith and may not be a reasonable use of available income. 11 U.S.C. Sections 1325(a)(3) and 1325(b).

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

____/s/_____
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

11-61548-MHM

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR:

    MARVA EPPS HARRISON
    3941 CAIN MILL DRIVE
    LITHONIA, GA 30038

ATTORNEY FOR DEBTOR:

    ROBERT J. SEMRAD & ASSOCIATES
    SUITE 3600 (36TH FLOOR)
    101 MARIETTA STREET, NW
    ATLANTA, GA 30303

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 7th day of June 2011.

            /s/
_____

Adam M. Goodman, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444