UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MARVA EPPS HARRISON | ) | |
| | ) | CASE NO.  11-61548-MHM |
| DEBTOR | ) | |
| | ) | |

## NOTICE OF PAYMENT OF LATE-FILED CLAIM

    COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE in the above styled case, and files his **NOTICE OF PAYMENT OF LATE-FILED CLAIM.** The following Proof of Claim was filed after the bar date set forth in the Notice of Commencement of Case issued in this Chapter 13 Case.

| Name and Address of Creditor | Claim Amount | Claim Type |
|---|---|---|
| CitiMortgage, Inc.<br>P.O. Box 688971<br>Des Moines, IA  50368-9196 | $16,062.69 | MORTGAGE ARREARS |

**Please be advised that the Chapter 13 Trustee shall fund this claim, pursuant to the terms of the confirmed plan, unless an Objection to Claim is filed with the Clerk of Court and served on affected parties and the Chapter 13 Trustee within twenty (20) days of the date of the Certificate of Service. The allowance of this claim does not affect the Debtor's right to object to the substance of the claim. PLEASE GOVERN YOURSELVES ACCORDINGLY.**

/s/ _____
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET
SUITE 200
ATLANTA, GA  30303
(678)510-1444

## CERTIFICATE OF SERVICE

This is to certify that I have this day served:

Debtor:

MARVA EPPS HARRISON
3941 CAIN MILL DRIVE
LITHONIA, GA  30038

Attorney for Debtor:

ROBERT J. SEMRAD & ASSOCIATES
SUITE 3600 (36TH FLOOR)
101 MARIETTA sTREET, NW
ATLANTA, GA  30303

Creditor:

CitiMortgage, Inc.
P.O. Box 688971
Des Moines, IA  50368-9196

in the foregoing matter with a copy of this Notice of Payment of Late-Filed Claim by depositing in the United States Mail a copy of the same in a properly addressed envelope with adequate postage thereon.

This 7TH day of OCTOBER, 2011.

/s/ _____
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET
SUITE 200
ATLANTA, GA  30303
(678)510-1444