UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                           {            CHAPTER 13
                                                 {
**MARVA EPPS HARRISON**,                         {            CASE NO. **11-61548**- MHM
*AKA MARVA JEAN HARRISON*                        {
                                                 {
   Debtor.                                       {

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS,
AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

   **TO: Creditors and Other Parties in Interest**

   **PLEASE TAKE NOTICE** that Marva Epps Harrison, the Debtor, has filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court before the following deadline.

   **DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on May 29, 2014. If the twenty-fourth day after the filing falls on a week-end or holiday, the deadline is extended to the next business day.

   **PLACE OF FILING**:    Clerk, United States Bankruptcy Court
                           Room 1340, United States Courthouse
                           Richard B. Russell Building
                           75 Spring Street, SW
                           Atlanta, GA 30303-3367

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

   You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

        **Robert J. Semrad & Associates, L.L.C.**
        101 Marietta Street
        36th Floor
        Atlanta, GA 30303

        **Marva Epps Harrison**
        3941 Cain Mill Drive
        Lithonia, GA 30038

        **PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification on **July 10, 2014 at 10:00 AM** in **Courtroom 1204**, U.S. Courthouse, 75 Spring Street, Atlanta, Georgia. **If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.**

Dated: May 29, 2014

                                                  /s/
                                Radoslav P. Bachev
                                Georgia Bar No.: 857413
                                Robert J. Semrad & Associates, LLC
                                101 Marietta Street, 36th Floor
                                Atlanta, GA 30303
                                (678) 668-7160
                                **Attorney for the Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| **MARVA EPPS HARRISON**, | { | CASE NO. **11-61548**- MHM |
| *AKA MARVA JEAN HARRISON* | { | |
| | { | |
| Debtor. | { | |

### POST-CONFIRMATION MODIFICATION OF PLAN AND REQUEST FOR ITS APPROVAL

COMES NOW Debtor, Marva Epps Harrison, by and through undersigned counsel, and moves this Honorable Court for the entry of an order modifying the Chapter 13 Plan post-confirmation. In support thereof Debtor states as follows:

**1.**

Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code on April 14, 2011.  The Plan was confirmed on September 20, 2011 and established monthly payments in the amount of $690.00.

**2.**

Since confirmation of the Plan, Debtor has missed four monthly payments which caused a delinquency in the amount of $2,665.00 and a term issue.

**3.**

Debtor eliminates the above-referenced delinquency and term issue by modifying paragraph 2 of the Chapter 13 Plan as follows:

2. **Plan Payments and Length of Plan**. Debtor will pay the sum of **$690.00** **715.00 Monthly** to Trustee by ☐ Payroll Deduction(s) or by ☒ Direct Payment(s) for the applicable commitment period of **36** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

Dated: May 29, 2014

                                                                          /s/
Radoslav P. Bachev
Georgia Bar No.: 857413
Robert J. Semrad & Associates, LLC
101 Marietta Street, 36th Floor
Atlanta, GA 30303
(678) 668-7160
**Attorney for the Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                   {          CHAPTER 13
                                         {
**MARVA EPPS HARRISON**,                 {          CASE NO. **11-61548**- MHM
*AKA MARVA JEAN HARRISON*                {
                                         {
   Debtor.                               {

## **DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

                                           Marva Epps Harrison /s/
                                           Marva Epps Harrison

May 29, 2014

Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. '152 and '3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| | { | |
| **MARVA EPPS HARRISON**, | { | CASE NO. **11-61548**- MHM |
| *AKA MARVA JEAN HARRISON* | { | |
| | { | |
| Debtor. | { | |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Post Confirmation Plan Modification upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

**Marva E. Harrison**
3941 Cain Mill Drive
Lithonia, GA  30038


*[See attached Creditor Mailing Matrix]*

I further certify that, by agreement of parties, Adam M. Goodman, Standing Chapter 13 Trustee, was served via ECF.


Dated: May 29, 2014

/s/
Radoslav P. Bachev
Georgia Bar No.: 857413
Robert J. Semrad & Associates, LLC
101 Marietta Street, 36th Floor
Atlanta, GA 30303
(678) 668-7160
**Attorney for the Debtor**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 11-61548-mhm<br>Northern District of Georgia<br>Atlanta<br>Thu May 29 14:35:07 EDT 2014 | Bart L. Graham<br>State of Ga Revenue Commission<br>1800 Century Center Blvd. NE<br>Atlanta, GA 30345 | Craig Z. Black<br>Robert J. Semrad & Associates, LLC<br>Suite 3600<br>101 Marietta Street, NW<br>Atlanta, GA 30303-2716 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Carrington Mortgage Services<br>1610 East Saint Andrew Place<br>Suite B150<br>Santa Ana, CA 92705-4931 | Central Finl Control<br>Po Box 66051<br>Anaheim, CA 92816-6051 |
| CitiMortgage, Inc<br>PO Box 6030<br>Sioux Falls, SD 57117-6030 | CitiMortgage, Inc.<br>CitiMortgage, Inc.<br>PO BOX 6030<br>SIOUX FALLS, SD 57117-6030 | CitiMortgage, Inc.<br>P.O. Box 140609<br>Irving, TX 75014-0609 |
| CitiMortgage, Inc.<br>P.O.Box 688971<br>Des Moines, IA 50368-8971 | Citifinancial Retail S<br>Bsp13a<br>Baltimore, MD 21202 | Citimortgage Inc<br>Po Box 9438,dept 0251<br>Gaithersburg, MD 20898-9438 |
| Department Stores National Bank/Macys<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 | Department of Justice, Tax Div<br>Civil Trial Section, Southern<br>PO Box 14198; Ben Franklin Sta<br>Washington, DC 20044-4198 | Eagles Landing Family Practice<br>62 Kelly Road<br>Mcdonough, GA 30253-6012 |
| Emory Health Care Midtown<br>PO Box 406939<br>Atlanta, GA 30384-6939 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Georgia's Own Credit Union<br>P.O. Box 105205<br>Atlanta, Georgia 30348-5205 |
| Georgias Own Cu<br>1155 Peachtree St Ne Ste<br>Atlanta, GA 30309-7629 | Adam M. Goodman<br>Adam M. Goodman, 13 Trustee<br>Suite 200<br>260 Peachtree Street<br>Atlanta, GA 30303-1236 | Adam M. Goodman<br>Chapter 13 Trustee<br>Suite 200<br>260 Peachtree Street<br>Atlanta, GA 30303-1236 |
| Marva Epps Harrison<br>3941 Cain Mill Drive<br>Lithonia, GA 30038-3864 | Internal Revenue Service<br>401 W Peachtree St. NW<br>Stop 334-D<br>Atlanta, GA 30308 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Macys/fdsb<br>Macy's Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Anthony Maselli<br>Pendergast & Associates<br>South Terraces, Suite 1000<br>115 Perimeter Center Place<br>Atlanta, GA 30346-1281 | Monterey Collection Sv<br>4095 Avenida De La<br>Oceanside, CA 92056-5802 |
| Monterey Financial Svc<br>4095 Avenida De La Plata<br>Oceanside, CA 92056-5802 | Nathaniel P. O'Rourke<br>Robert J. Semrad & Associates, LLC<br>Suite 3600<br>101 Marietta Street<br>Atlanta, GA 30303-2716 | Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-9057 |

```
William A. Rountree                 Kristi Smith                        Special Assistant U.S. Attorne
Macey, Wilensky & Hennings LLC      Pendergast & Associates, P.C.       401 W. Peachtree Street, NW
Suite 4420                          South Terraces, Suite 1000          STOP 1000-D, Suite 600
303 Peachtree Street, NE            115 Perimeter Center Place          Atlanta, GA 30308
Atlanta, GA 30308-3264              Atlanta, GA 30346-1281


United States Attorney's Offic
75 Spring Street, S.W.
Suite 600 U.S. Courthouse
Atlanta, GA 30303-3315
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One, N.a.                   Georgia Department of Revenue       (d)Georgia Department of Revenue
Bankruptcy Dept                     1800 Century Blvd. NE Suite 17200   Bankruptcy Section
Po Box 5155                         Atlanta, GA 30345                   PO Box 161108
Norcross, GA 30091                                                      Atlanta, GA 30321
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Carrington Mortgage Services     (u)Georgia's Own Credit Union       (d)Adam M. Goodman
                                                                        Adam M. Goodman, 13 Trustee
                                                                        Suite 200
                                                                        260 Peachtree Street
                                                                        Atlanta, GA 30303-1236
```

```
End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36
```